IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LARRY GARONE PARKS,                                                                                    PLAINTIFF
# 128484

v.                                               2:22CV00230-DPM-JTK

ARKANSAS COUNTY DETENTION
CENTER, et al.                                                                                        DEFENDANTS

## ORDER

Having reviewed Larry Garone Parks's ("Plaintiff") Complaint, as amended (Doc. No. 1, 5) for screening purposes,[1] the Court concludes service of Plaintiff's condition of confinement claims against Defendants Clayton Evens, Tyran McCradie, and Dean Mannis is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Clayton Evens, Tyran McCradie, and Dean Mannis.  The United States Marshal shall serve a copy of the Complaint (Doc. Nos. 1, 5), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore.  Service should be attempted through the Arkansas County Detention Center, 1000 Ricebelt Avenue, DeWitt, AR 72042.

Dated this 14th day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. § 1915A(a).