IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LARRY GARONE PARKS**
**#128484**                                                                                                  **PLAINTIFF**

v.                          No. 2:22-cv-230-DPM-JTK

**ARKANSAS COUNTY DETENTION**
**CENTER; ARKANSAS DEPARTMENT**
**OF CORRECTIONS; CLAYTON EVENS,**
Maintenance; **TYRAN MCCRADIC,**
Administrator; and **DEAN MANNIS,**
**Sheriff**                                                                                                 **DEFENDANTS**

### ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 8*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The Arkansas County Detention Center and Arkansas Department of Corrections are dismissed as defendants without prejudice.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 April 2023