# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

LARRY GARONE PARKS,                      PLAINTIFF
# 128484

v.                           2:22CV00230-JTK

ARKANSAS COUNTY DETENTION
CENTER, et al.                           DEFENDANTS

## JUDGMENT

Based on the Order entered this date, Plaintiff's Complaint, as amended, is dismissed with prejudice.

Dated this 1st day of May, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE